IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED

JUN 26 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 19-199 |
| JEETENDRA HARISH BELANI a/k/a Jeetu | |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Eric G. Olshan, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant Jeetendra Harish Belani, a/k/a Jeetu, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with 18 U.S.C. §§ 2, 371, 545, 1956(a)(2)(A) 1956(h); 21 U.S.C. §§ 952(a), 952(b), 963.

Recommended bond: Detention.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: _____
ERIC G. OLSHAN
Assistant U.S. Attorney
IL ID No. 6290382